**MAPLETON CORPORATION v. WALDMAN COMPANY et al.**

No. 729.

Circuit Court of Appeals, Tenth Circuit.
July 27, 1932.

Carlos G. Stratton, of Denver, Colo., for appellant.

Clarence L. Ireland, of Denver, Colo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellees.

**Edward MORRISON, as Trustee in Bankruptcy of Max M. Zalta, Plaintiff-Appellee, v. The BAY PARKWAY NATIONAL BANK, Defendant-Appellant, and Max M. Zalta, Defendant.**

No. 359.

Circuit Court of Appeals, Second Circuit.
July 12, 1932.

Bond & Strouss, of New York City (Joseph J. Dreyer, of New York City, of counsel), for appellant.

Charles B. Breslow, of Brooklyn, N. Y. (Harry Tabershaw, of New York City, of counsel), for trustee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

**Edward PEMBERTON v. UNITED STATES of America.**

No. 734.

Circuit Court of Appeals, Tenth Circuit.
Aug. 16, 1932.

Samuel A. King, of Salt Lake City, Utah, for appellant.

C. R. Hollingsworth, U. S. Atty., of Salt Lake City, Utah.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee.

**RYOTARO KISHIYAMA, Appellant, v. Walter E. CARR, District Director, U. S. Immigration Service, Appellee.**

No. 6898.

Circuit Court of Appeals, Ninth Circuit.
Sept. 26, 1932.

Before SAWTELLE, Circuit Judge, and ST. SURE, District Judge.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, ordered appeal herein dismissed; mandate forthwith.